JS-6

PAULA G. TRIPP (Bar No. 113050)
  pgt@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Defendant REALPAGE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GREGORY STEPHAN,<br><br>            Plaintiff,<br><br>       vs.<br><br>REALPAGE, INC. and DOES 1-100, inclusive,<br><br>            Defendants. | Case No. CV10-4925 GAF (JCGx)<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties, the Court hereby orders this action dismissed with prejudice.

DATED: February 7, 2011

_____
Hon. Gary A. Feess
United Stated District Court Judge

846956.1 5888.001

ORDER OF DISMISSAL